UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: TEANEY, DOUGLAS B.             § Case No. 11-32424
                                      §
                                      §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St.
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 12/20/12 in Courtroom 250, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2012       By: /s/CHARLES J. MYLER
                                  Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: TEANEY, DOUGLAS B. § Case No. 11-32424
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 25,806.47

*and approved disbursements of*     $ 350.79

*leaving a balance on hand of* [1]     $ 25,455.68

**Balance on hand:**     $ 25,455.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 25,455.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 2,775.98 | 0.00 | 2,775.98 |
| Trustee, Expenses - Charles J. Myler | 20.39 | 0.00 | 20.39 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 2,210.00 | 0.00 | 2,210.00 |

Total to be paid for chapter 7 administration expenses:     $ 5,006.37
Remaining balance:     $ 20,449.31

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 20,449.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,179.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Dept of the Treasury | 6,179.22 | 0.00 | 6,179.22 |

Total to be paid for priority claims: $ 6,179.22
Remaining balance: $ 14,270.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,716.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Dept of the Treasury | 166.46 | 0.00 | 166.46 |
| 2 | PYOD, LLC its successors and assigns as assignee | 5,897.84 | 0.00 | 5,897.84 |
| 3 | Capital One Bank (USA), N.A. | 448.67 | 0.00 | 448.67 |
| 4 | PYOD, LLC its successors and assigns as assignee | 839.27 | 0.00 | 839.27 |
| 5 | American Express Centurion Bank | 1,364.34 | 0.00 | 1,364.34 |

Total to be paid for timely general unsecured claims: $ 8,716.58
Remaining balance: $ 5,553.51

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 5,553.51 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 5,553.51 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $64.35. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $5,546.66.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-32424-MB
Douglas B. Teaney                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: esullivan          Page 1 of 3            Date Rcvd: Nov 21, 2012
                               Form ID: pdf006          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2012.
```
db         #+Douglas B. Teaney,    36W900 Middlecreek Lane,    Saint Charles, IL 60175-4951
17644564    +AT&T Mobility,    P.O. Box 6428,    Carol Stream, IL 60197-6428
17644558     Allergy & Asthma Medical Assoc.,    389 Schmale Rd.,    Carol Stream, IL 60188-2756
17644559    +Allied Interstate,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7684
17644560    +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
19401655     American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17644561    +Amsher Collection Services,    600 Beacon Parkway W., Suite 300,    Birmingham, AL 35209-3114
17644562   #+Annette Teaney,    420 Church,    Batavia, IL 60510-2102
17644563     Anthony R. Bennardo, DDS,    87 S. Mclean Blvd., Suite B,   South Elgin, IL 60177-1856
17644566     Blatt Hasenmiller Leibsker & Moore,    125 S. Wacker Dr., Suite 400,   Chicago, IL 60606-4440
17644567    +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
19330744     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
17644569    +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
17644570    +Citi Private Bank,    227 W. Monroe, Suite 200,   Chicago, IL 60606-5092
17644571    +Citibank NA,    701 E. 60th St. N.,    Sioux Falls, SD 57104-0493
17644575    +DOE295 - Recovery Dept.,    SCSI,    P.O. Box 53,   Geneva, IL 60134-0053
17644574     Delnor Community Hospital,    Mail Processing Center,    P.O. Box 739,   Moline, IL 61266-0739
17644577    +GEMB/Pay Pal Smart Connect,    P.O. Box 965005,    Orlando, FL 32896-5005
17644578     Germbusters,    75 Remittance Dr., Suite 6524,    Chicago, IL 60675-6524
17644579    +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
17644581    +Law Offices of Ira T. Nevel,    175 N. Franklin St., Suite 201,    Chicago, IL 60606-1847
17644582    +Michael D. Fine,    131 S. Dearborn St., Floor 5,    Chicago, IL 60603-5571
17644583     Nationwide Credit, Inc.,    1150 E. University Dr., 1st Floor,    Tempe, AZ 85281-8674
17644586    +Physicians Express, LLC,    P.O. Box 1415,    Saint Charles, IL 60174-7415
17644587    +Sears/CBSD,    701 E. 60th St. North,    Sioux Falls, SD 57104-0432
17644588    +Shaw, Jacobs & Associates, P.C.,    555 S. Randall Rd., Suite 200,    Saint Charles, IL 60174-5918
17644589   #+Tabor Law Offices,    115 Campbell St., Suite 1,    Geneva, IL 60134-2785
17644591    +Westgate Family Medicine,    3381 W. Main St., Suite 2,    Saint Charles, IL 60175-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17644568    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Nov 22 2012 02:12:53
             Capital One Auto Finance,    3905 Dallas Parkway,    Plano, TX 75093-7892
17644573    +E-mail/Text: legalcollections@comed.com Nov 22 2012 02:11:38     ComEd,    P.O. Box 6111,
             Carol Stream, IL 60197-6111
17644580     E-mail/Text: cio.bncmail@irs.gov Nov 22 2012 02:07:12     Dept of the Treasury,
             Internal Revenue Service,    POB 7346,    Philadelphia, PA  19101-7346
17644576    +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2012 02:32:37     GEMB/Care Credit,    P.O. Box 981439,
             El Paso, TX 79998-1439
17644584    +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 22 2012 04:05:09
             NCO Financial Systems, Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2368
17644585    +E-mail/Text: bankrup@nicor.com Nov 22 2012 02:09:03     Nicor Gas,    P.O. Box 8350,
             Aurora, IL 60507-8577
19189886    +E-mail/Text: resurgentbknotifications@resurgent.com Nov 22 2012 02:08:50
             PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
19371515    +E-mail/Text: resurgentbknotifications@resurgent.com Nov 22 2012 02:08:50
             PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,   Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
17644590    +E-mail/Text: bnc@ursi.com Nov 22 2012 02:13:33     United Recovery Systems, LP,
             5800 N. Course Dr.,    Houston, TX 77072-1613
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty          Myler, Ruddy & McTavish
17644565    ##Bank of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
17644572    ##CitiMortgage,    P.O. Box 9438,   Dept. 0,   Gaithersburg, MD 20898-9438
                                                                                TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: esullivan            Page 2 of 3              Date Rcvd: Nov 21, 2012
                              Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: esullivan           Page 3 of 3            Date Rcvd: Nov 21, 2012
                              Form ID: pdf006           Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2012 at the address(es) listed below:
```
          Charles J Myler    cmyler@mrmlaw.com,    IL57@ecfcbis.com;kmyler@mrmlaw.com
          Dennise L. McCann    on behalf of Debtor Douglas Teaney mccann@aandalaw.com,   wheaton@aandalaw.com
          M. Gretchen Silver    on behalf of U.S. Trustee Patrick Layng ustpregion11.es.ecf@usdoj.gov,
           gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard G Larsen    on behalf of Trustee Charles Myler rglarsen@mrmlaw.com
          Timothy R Yueill    on behalf of Creditor  CitiMortgage, Inc. timothyy@nevellaw.com
                                                                                             TOTAL: 6
```

Case 11-32424   Doc 48   Filed 11/21/12   Entered 11/23/12 23:37:47   Desc Imaged
Certificate of Notice   Page 8 of 8