**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: TEANEY, DOUGLAS B.        § Case No. 11-32424
                                 §
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $304,943.00 *(without deducting any secured claims)* | Assets Exempt: $4,063.00 |
| Total Distribution to Claimants: $14,960.15 | Claims Discharged Without Payment: $79,113.57 |
| Total Expenses of Administration: $5,357.16 | |

   3) Total gross receipts of $ 25,806.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,489.16 (see **Exhibit 2**), yielded net receipts of $20,317.31 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $452,938.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,357.16 | 5,357.16 | 5,357.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,179.22 | 6,179.22 | 6,179.22 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,873.57 | 8,780.93 | 8,780.93 | 8,780.93 |
| **TOTAL DISBURSEMENTS** | $533,811.57 | $20,317.31 | $20,317.31 | $20,317.31 |

    4) This case was originally filed under Chapter 7 on August 08, 2011. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2013          By: /s/CHARLES J. MYLER
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 500 Shares in Greenberg Traurig, LLP | 1129-000 | 25,806.47 |
| **TOTAL GROSS RECEIPTS** | | **$25,806.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TEANEY, DOUGLAS B. | Dividend paid 98.96% on $5,546.66; Claim# SURPLUS; Filed: $5,546.66; Reference: 8200-002 | | 5,489.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,489.16** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citi Private Bank | 4110-000 | 1,071.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Private Bank | 4110-000 | 50,160.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 4110-000 | 401,707.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$452,938.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 2,775.98 | 2,775.98 | 2,775.98 |
| Charles J. Myler | 2200-000 | N/A | 20.39 | 20.39 | 20.39 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,210.00 | 2,210.00 | 2,210.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.11 | 58.11 | 58.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.95 | 50.95 | 50.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.11 | 56.11 | 56.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.24 | 54.24 | 54.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.88 | 48.88 | 48.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 57.50 | 57.50 | 57.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,357.16 | $5,357.16 | $5,357.16 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Dept of the Treasury | 5800-000 | N/A | 6,179.22 | 6,179.22 | 6,179.22 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,179.22 | $6,179.22 | $6,179.22 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Dept of the Treasury | 7100-000 | N/A | 166.46 | 166.46 | 166.46 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 5,897.84 | 5,897.84 | 5,897.84 |
| 2I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 25.48 | 25.48 | 25.48 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 396.00 | 448.67 | 448.67 | 448.67 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | 0.00 | 1.94 | 1.94 | 1.94 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 839.27 | 839.27 | 839.27 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 3.63 | 3.63 | 3.63 |
| 5 | American Express Centurion Bank | 7100-000 | 1,364.00 | 1,364.34 | 1,364.34 | 1,364.34 |
| 5I | American Express Centurion Bank | 7990-000 | 0.00 | 5.89 | 5.89 | 5.89 |
| 1PI | Dept of the Treasury | 7990-000 | N/A | 26.69 | 26.69 | 26.69 |
| 1UI | Dept of the Treasury | 7990-000 | N/A | 0.72 | 0.72 | 0.72 |
| NOTFILED | Germbusters | 7100-000 | 780.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 335.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Pay Pal Smart Connect | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/Care Credit | 7100-000 | 1,263.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems, Inc. | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Physicians Express, LLC | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 433.00 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital Mail Processing Center | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Westgate Family Medicine | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | Shaw, Jacobs & Associates, P.C. | 7100-000 | 1,360.00 | N/A | N/A | 0.00 |
| NOTFILED | Tabor Law Offices | 7100-000 | 344.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBSD | 7100-000 | 5,898.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 786.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank NA | 7100-000 | 22,604.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 7,849.57 | N/A | N/A | 0.00 |
| NOTFILED | Allergy & Asthma Medical Assoc. | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Amsher Collection Services | 7100-000 | 1,483.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 8,767.00 | N/A | N/A | 0.00 |
| NOTFILED | Anthony R. Bennardo, DDS | 7100-000 | 298.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 13,982.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 7100-000 | 9,856.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 393.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 1,955.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$80,873.57** | **$8,780.93** | **$8,780.93** | **$8,780.93** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-32424  
**Case Name:** TEANEY, DOUGLAS B.

**Period Ending:** 03/13/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 08/08/11 (f)  
**§341(a) Meeting Date:** 09/19/11  
**Claims Bar Date:** 10/05/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 36W900 Middlecreek Lane, St. Charles, IL 60175<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Citibank checking account ending 4051<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 61.00 | 0.00 | DA | 0.00 | FA |
| 3 | Citibank checking account ending 0942<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 2.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America checking account<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase checking account<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Ordinary household goods and furnishings<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ordinary wearing apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Charles Schwab IRA<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 500 Shares in Greenberg Traurig, LLP<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 50,000.00 | 0.00 | | 25,806.47 | FA |
| 10 | 1997 Ford Expedition<br>Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 19 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Pacific Life insurance policy<br>Orig. Asset Memo: Imported from Amended Doc#: 19; Original petition value: 2000.00; Original asset description: 1997 Ford Expedition; Original exemption | 880.00 | 880.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-32424  
**Case Name:** TEANEY, DOUGLAS B.  

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 08/08/11 (f)  
**§341(a) Meeting Date:** 09/19/11  

**Period Ending:** 03/13/13  

**Claims Bar Date:** 10/05/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| amount: 2000.00 | | | | | |
| 11    Assets    Totals (Excluding unknown values) | $354,943.00 | $880.00 | | $25,806.47 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee mailed final report to US Trustee 10/22/10

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** October 31, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-32424 | | **Trustee:** | CHARLES J. MYLER (330510) |
| **Case Name:** | TEANEY, DOUGLAS B. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****704565 - Checking Account |
| **Taxpayer ID #:** | **-***2580 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 03/13/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 03/13/2013 12:31 PM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 11-32424 | | **Trustee:** | CHARLES J. MYLER (330510) |
| **Case Name:** | TEANEY, DOUGLAS B. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******76-65 - Checking Account |
| **Taxpayer ID #:** | **-***2580 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/13/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/12 | {9} | Douglas B. Teany | Sale of partnership shares | 1129-000 | 25,806.47 | | 25,806.47 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 25,781.47 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.11 | 25,723.36 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.95 | 25,672.41 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.11 | 25,616.30 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.24 | 25,562.06 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.88 | 25,513.18 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.50 | 25,455.68 |
| 12/21/12 | 1001 | CHARLES J. MYLER | Dividend paid 100.00% on $2,775.98, Trustee Compensation;  Reference: | 2100-000 | | 2,775.98 | 22,679.70 |
| 12/21/12 | 1002 | Charles J. Myler | Dividend paid 100.00% on $20.39, Trustee Expenses;  Reference: | 2200-000 | | 20.39 | 22,659.31 |
| 12/21/12 | 1003 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $2,210.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,210.00 | 20,449.31 |
| 12/21/12 | 1004 | Dept of the Treasury | Dividend paid 100.00% on $6,179.22; Claim# 1P; Filed: $6,179.22; Reference: | 5800-000 | | 6,179.22 | 14,270.09 |
| 12/21/12 | 1005 | Dept of the Treasury | Dividend paid 100.00% on $166.46; Claim# 1U; Filed: $166.46; Reference: | 7100-000 | | 166.46 | 14,103.63 |
| 12/21/12 | 1006 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $5,897.84; Claim# 2; Filed: $5,897.84; Reference: | 7100-000 | | 5,897.84 | 8,205.79 |
| 12/21/12 | 1007 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $448.67; Claim# 3; Filed: $448.67; Reference: XXXX-XXXX-XXXX-5994 | 7100-000 | | 448.67 | 7,757.12 |
| 12/21/12 | 1008 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $839.27; Claim# 4; Filed: $839.27; Reference: | 7100-000 | | 839.27 | 6,917.85 |
| 12/21/12 | 1009 | American Express Centurion Bank | Dividend paid 100.00% on $1,364.34; Claim# 5; Filed: $1,364.34; Reference: XXXXXXXXXXXXXXX | 7100-000 | | 1,364.34 | 5,553.51 |
| 12/21/12 | 1010 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $25.48; Claim# 2I; Filed: $25.48; Reference: | 7990-000 | | 25.48 | 5,528.03 |
| 12/21/12 | 1011 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $1.94; Claim# 3I; Filed: $1.94; Reference: XXXX-XXXX-XXXX-5994 | 7990-000 | | 1.94 | 5,526.09 |
| 12/21/12 | 1012 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $3.63; Claim# 4I; Filed: $3.63; Reference: | 7990-000 | | 3.63 | 5,522.46 |
| 12/21/12 | 1013 | American Express Centurion Bank | Dividend paid 100.00% on $5.89; Claim# 5I; Filed: $5.89; Reference: XXXXXXXXXXXXXXX | 7990-000 | | 5.89 | 5,516.57 |

Subtotals :    $25,806.47    $20,289.90

{} Asset reference(s)

Printed: 03/13/2013 12:31 PM    V.13.11

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-32424  
**Case Name:** TEANEY, DOUGLAS B.  

**Taxpayer ID #:** **-***2580  
**Period Ending:** 03/13/13  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | 1014 | Dept of the Treasury | Dividend paid 100.00% on $26.69; Claim# 1PI; Filed: $26.69; Reference: | 7990-000 | | 26.69 | 5,489.88 |
| 12/21/12 | 1015 | Dept of the Treasury | Dividend paid 100.00% on $0.72; Claim# 1UI; Filed: $0.72; Reference: | 7990-000 | | 0.72 | 5,489.16 |
| 12/21/12 | 1016 | TEANEY, DOUGLAS B. | Dividend paid 98.96% on $5,546.66; Claim# SURPLUS; Filed: $5,546.66; Reference: | 8200-002 | | 5,489.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,806.47 | 25,806.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,806.47 | 25,806.47 | |
| | | | Less: Payments to Debtors | | | 5,489.16 | |
| | | | **NET Receipts / Disbursements** | | **$25,806.47** | **$20,317.31** | |

```
       Net Receipts :       25,806.47
Less Payments to Debtor :    5,489.16
                          _____
          Net Estate :      $20,317.31
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****704565** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******76-65** | 25,806.47 | 20,317.31 | 0.00 |
| | **$25,806.47** | **$20,317.31** | **$0.00** |